UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALIN G. DIMITROV,

                Plaintiff,

-v-

THE UNITED STATES OF AMERICA, et al.,

                Defendant.

CIVIL ACTION NO. 25 Civ. 7420 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Standing Order staying certain civil cases pending the restoration of Department of Justice funding (Dkt. No. 4) and the government shutdown having ended as of November 12, 2025, the stay in this case is LIFTED. Accordingly, the parties are directed to adhere to the following deadlines:

- Defendant The United States of America ("USA"), having been served with a summons and the complaint (Dkt. No. 1 (the "Complaint")) on September 30, 2025 (Dkt. No. 18) would normally be required to respond to the Complaint by December 1, 2025. See Fed. R. Civ. P. 12 (a)(2). Given the Standing Order (Dkt. No. 4), however, USA's deadline to respond to the Complaint is **EXTENDED** up to and including **January 13, 2026**.

- Defendant The City of New York (the "City"), having been served with a summons and the complaint (Dkt. No. 1 (the "Complaint")) on October 30, 2025 (Dkt. No. 26) would normally be required to respond to the Complaint by November 20, 2025. See Fed. R. Civ. P. 12(a)(1)(A)(i). Given the Standing Order (Dkt. No. 4), however,

the City's deadline to respond to the Complaint is **EXTENDED** up to and including **January 2, 2026**.

- Defendant Township of Teaneck ("Teaneck"), having been served with a summons and the complaint (Dkt. No. 1 (the "Complaint")) on October 28, 2025 (Dkt. No. 19) would normally be required to respond to the Complaint by November 18, 2025. See Fed. R. Civ. P. 12(a)(1)(A)(i). Given the Standing Order (Dkt. No. 4), however, Teaneck's deadline to respond to the Complaint is **EXTENDED** up to and including **January 2, 2026**.

- Defendant Marlene Dula ("Ms. Dula"), having been served with a summons and the complaint (Dkt. No. 1 (the "Complaint")) on October 28, 2025 (Dkt. No. 19) would normally be required to respond to the Complaint by November 18, 2025. See Fed. R. Civ. P. 12(a)(1)(A)(i). Given the Standing Order (Dkt. No. 4), however, Ms. Dula's deadline to respond to the Complaint is **EXTENDED** up to and including **January 2, 2026.**

- Defendant Raphael Pimienta ("Mr. Pimienta"), having been served with a summons and the complaint (Dkt. No. 1 (the "Complaint")) on October 28, 2025 (Dkt. No. 19) would normally be required to respond to the Complaint by November 18, 2025. See Fed. R. Civ. P. 12(a)(1)(A)(i). Given the Standing Order (Dkt. No. 4), however, Mr. Pimienta's deadline to respond to the Complaint is **EXTENDED** up to and including **January 2, 2026.**

Further, given that this Order lifts the stay for all of the defendants, Plaintiff's motion to vacate the stay in regards to the non-federal government defendants (Dkt. No. 24) is **DENIED** as moot.

The Clerk of Court is respectfully directed to close Dkt. No. 24.

Dated:     New York, New York
           November 18, 2025          SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge