UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALIN G. DIMITROV,

                           Plaintiff,

       -v-                                                    CIVIL ACTION NO. 25 Civ. 7420 (JHR) (SLC)

                                                              **ORDER**

THE UNITED STATES OF AMERICA, et al.,

                           Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 28, the deadline for Defendants Township of Teaneck ("Teaneck"), Marlene Dula ("Ms. Dula"), and Raphael Pimienta ("Mr. Pimienta") (together, the "Defendants") to respond to the complaint (Dkt. No. 1 (the "Complaint")) was January 2, 2026.  (Dkt. No. 28).  To date, Defendants have not responded to the Complaint or appeared in this action.  As a one-time courtesy, the Court sua sponte **EXTENDS** Defendants' deadline to respond to the Complaint up to and including **January 19, 2026**.

DEFENDANTS ARE WARNED THAT FAILURE TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT BY **JANUARY 19, 2026** MAY RESULT IN THE COURT PERMITTING PLAINTIFF TO INITIATE DEFAULT PROCEEDINGS AGAINST DEFENDANTS.

Dated:        New York, New York
              January 5, 2026                    SO ORDERED.

                                                 _____
                                                 SARAH L. CAVE
                                                 United States Magistrate Judge