UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KALIN G. DIMITROV,<br>Plaintiff<br>v.<br>THE UNITED STATES OF AMERICA, THE CITY OF NEW YORK, TOWNSHIP OF TEANECK, MARLENE DULA, JOHN DOE (Ap.B2), RAPHAEL PIMIENTA, AS WELL AS NUMBER OF JANE AND/OR JOHN DOE (DECISION-MAKERS)<br>Defendants | Civil Action<br>No.25-cv-7420<br>(JHR) (SLC) |

## DECLARATION OF KALIN DIMITROV IN SUPPORT TO PLAINTIFF'S OPPOSITION TO DEFENDANT TOWNSHIP OF TEANECK'S MOTION TO DISMISS (ECF No.41)

I, Kalin Dimitrov, the Plaintiff in this action proceeding pro se, declare under penalty of perjury that the following facts are true and correct:

1. Exhibit 1 is a true and accurate copy of Plaintiff's Objections to Report and Recommendation of Magistrate Judge Cave from August 14, 2023, *Dimitrov v. The United States et al.*, 23-cv-6451 (S.D.N.Y., 8/28/2023) ECF No.8.

2. Exhibit 2 is a true and accurate copy of the Table of Content of Complaint in *Dimitrov v. The United States et al.*, 25-cv-7420 (S.D.N.Y., 9/5/2025) ECF No.1.

3. Exhibit 3 is a true version of the Complaint (ECF No.1) without the single-lined factual material, and without footnotes with factual and related content.

4. Exhibit 4 is a true and accurate copy of the Second Amended Complaint in *Keitel v. D'Agostino*, No. 21-CV-8537 (JMF) (S.D.N.Y. 3/17/2022) ECF No.56 as it is on ECF.

Dated: 1/21/2026

Respectfully submitted,        __/S/_____

　　　　　　　　　　　　　　　　　　　　Kalin Dimitrov
　　　　　　　　　　　　　　　　　　　　805 Red Road, Apt. A2

1

Bergen County, Teaneck, NJ 07666
Telephone: +1 646 378 8286
Email: kdcase2023@gmail.com

*Plaintiff, proceeding pro se*