UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALIN G. DIMITROV,

                    Plaintiff,

     -v-                                                   CIVIL ACTION NO. 25 Civ. 7420 (JHR) (SLC)

                                                           **ORDER**

THE UNITED STATES OF AMERICA, et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendants Marlene Dula ("Ms. Dula") and Raphael Pimienta ("Mr. Pimienta") (together, "Defendants") to respond to the complaint (Dkt. No. 1 (the "Complaint")) was originally November 18, 2025. See Fed. R. Civ. P. 12(a)(1)(A)(i).  (See also Dkt. No. 19).  Given the 2025 government shutdown, however, the Court extended Defendants' deadline to the respond to the Complaint to January 2, 2026.  (Dkt. No. 28 at 2).  On January 5, 2026, Defendants having not responded to the Complaint, the Court again extended the deadline for them to respond to the Complaint to January 19, 2026.  (Dkt. No. 40).  To date, Defendants have not answered, moved, or otherwise responded to the Complaint, despite the Court's warning to Defendants that failure to timely respond to the Complaint may result in the Court permitting Plaintiff to initiate default proceedings against them.  (Dkt. No. 40).

Plaintiff is hereby **ORDERED** to request a Certificate of Default against Defendants from the Clerk of Court by **February 11, 2026**.

Dated:      New York, New York
            January 21, 2026                SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2