UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALIN DIMITROV,<br><br>                              Plaintiff,<br><br>     -v-<br><br><br>THE UNITED STATES OF AMERICA, <u>et. al.</u>,<br><br>                              Defendants. | |

CIVIL ACTION NO. 25 Civ. 7420 (JHR) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff Kalin Dimitrov ("Plaintiff") has filed a letter notifying the Court of his "intention" to file a motion for sanctions against Defendant the United States of America ("USA") for allegedly "making frivolous legal and/or factual claims" in (i) its motion to dismiss (Dkt. No. 45 (the "MTD")), (ii) its letter motion for an extension of time to file its reply in further support of its MTD (Dkt. No. 60), and (iii) its reply in further support of its MTD (Dkt. No. 67). (Dkt. No. 72 (the "Notice")). In the first instance, the Notice appears to be a sur-reply in further opposition to the MTD, which the Court has not permitted. See <u>Lawtone-Bowles v. U.S. Bank Nat'l Ass'n</u>, No. 19 Civ. 5786 (PMH), 2021 WL 1518329, at *1 n.3 (S.D.N.Y. Apr. 16, 2021) ("The Court need not consider a sur-reply [] where permission was neither sought nor granted."). To the extent that Plaintiff intended the Notice to serve as a request to file a motion for sanctions against the USA based on the MTD and accompanying submissions, the MTD remains pending before the Court, which has not yet evaluated the parties' arguments for and against dismissal.

2

Accordingly, Plaintiff's request to file a motion for sanctions is **DENIED without prejudice**

pending resolution of the MTD.

Dated:        New York, New York          SO ORDERED.
              March 13, 2026

_____
SARAH L. CAVE
**United States Magistrate Judge**

2