UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KALIN G. DIMITROV,<br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA, THE CITY OF NEW YORK,<br>TOWNSHIP OF TEANECK, MARLENE DULA, JOHN DOE (Ap.B2),<br>RAPHAEL PIMIENTA, AS WELL AS NUMBER OF JANE AND/OR JOHN<br>DOE (DECISION-MAKERS)<br>Defendants | **MEMO ENDORSED**<br>**(page 2)** | Civil Action<br>No.25-cv-7420<br>(JHR) (SLC)<br>(consolidated with<br>No. 23-cv-6451) |

**Re: Request for extension of the word limits for Plaintiff's objections to Report and Recommendation (ECF No.91)**

Your Honor,

Plaintiff Kalin Dimitrov respectfully submits this letter requesting that the Court extend the word limit for his objection to Magistrate Judge Cave's Report and Recommendation ("R&R"), ECF No. 91, from the 3,500 words set by Local Civil Rule 72.1(b)(2) and Local Civil Rule 6.3, to the 8,750-word limit applicable to memorandum of law under Local Civil Rule 7.1(c).

The R&R addresses six grounds with complexity that is compounded by the fact that the Complaint asserts 17 counts — many of which the R&R does not analyze. Because de novo review requires Plaintiff to independently brief each objected finding for the district court, the 3,500-word limit applicable to a standard objection is structurally insufficient for objecting this R&R.

Plaintiff therefore respectfully requests that the word limit for his objection to ECF No. 91 be extended to 8,750 words.


Respectfully submitted,

Dated: 5/26/2026

z

__S/_____

Kalin Dimitrov
805 Red Road, Apt. A2
Bergen County, Teaneck, NJ 07666
Telephone: +1 646 378 8286
Email: kdcase2023@gmail.com

*Plaintiff, proceeding pro se*

1

Application GRANTED IN PART.  Local Rule 72.1 was amended to impose length limitations "[b]ecause the issues will usually have been addressed in prior briefing or argument."  Local Rules, 2026 Committee Note.  Indeed, Plaintiff filed oppositions to the motions to dismiss, ECF Nos. 49, 57, 80, which are acknowledged in the Report and Recommendation, consisting of more than fifty pages of argument and nine exhibits, including a 33-page affidavit from Plaintiff, ECF No. 80-1.  As a one-time courtesy, the Court hereby extends Plaintiff's word limit for objecting to the Report and Recommendation to **5,000 words**.

The Clerk of Court is directed to terminate ECF No. 92.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: May 29, 2026