UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

KALIN G. DIMITROV,
Plaintiff

v.

THE UNITED STATES OF AMERICA, THE CITY OF NEW YORK, TOWNSHIP OF TEANECK, MARLENE DULA, JOHN DOE (Ap.B2), RAPHAEL PIMIENTA, AS WELL AS NUMBER OF JANE AND/OR JOHN DOE (DECISION-MAKERS)
Defendants

Civil Action No.25-cv-7420 (JHR) (SLC) (consolidated with No. 23-cv-6451)

**NOTICE FOR PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S ORDER FROM 6/24/2026 (ECF No.103)**

PLEASE TAKE NOTICE that Plaintiff requests the Court to reconsider its order from June 24, 2026, ECF No.103.

In support of this motion, Plaintiff submits a Memorandum of Law in support.

Dated: 7/1//2026

Respectfully submitted,

/S/

Kalin Dimitrov
805 Red Road, Apt. A2
Bergen County, Teaneck, NJ 07666
Telephone: +1 646 378 8286
Email: kdcase2023@gmail.com

*Plaintiff, proceeding pro se*

Application DENIED. "No explicit provision is made for reply papers" in Federal Rule of Civil Procedure 72(b). *Alexander v. Evans*, No. 88 Civ. 5309 (MJL), 1993 WL 427409, at *4 (S.D.N.Y. Oct. 15, 1993) (explaining that "[a] judge has discretion whether to receive further evidence, and therefore further argument"); *see Orient Express Container Co. v. Bulb Basics LLC*, No. 21 Civ. 7752 (GHW), 2022 WL 4485214, at *4 (S.D.N.Y. Sept. 27, 2022) (similar); *Chen-Oster v. Goldman, Sachs & Co*., No. 10 Civ. 6950 (AT) (RWL), 2019 WL 6221110, at *4 (S.D.N.Y. Oct. 7, 2019) ("The Court sees no need for a reply [to the Report and Recommendation] not contemplated by the rules."). To the extent that any of Defendant Township of Teaneck's arguments in opposition to Plaintiff's objections have been raised "for the first time," ECF No. 100, the Court will not "consider new arguments raised in objections to a magistrate judge's report and recommendation that could have been raised before the magistrate but were not," *United States v. Gladden*, 394 F. Supp. 3d 465, 480 (S.D.N.Y. 2019).

The Clerk of Court is directed to terminate ECF No. 106.

SO ORDERED.

Jennifer H. Rearden

Jennifer H. Rearden, U.S.D.J.
Dated: July 7, 2026